# SEALED

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Superseding Indictment ☐ Superseding Information ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — LAS VEGAS
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: TERRIE MURRAY
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. _____

Name of Asst. U.S. Attorney (if assigned): ERIC JOHNSON

CASE NO. 2:10-CR-216
USA vs.
Defendant: STEFAN GEORGIEV
Address:

FILED
MAY 18 2010
CLERK U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

☐ Interpreter Required

Birth Date _____
☐ Male ☐ Female (if applicable)

Social Security Number _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI - SA SUE FLAHERTY

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAG. JUDGE CASE NO.

Place of offense: DISTRICT OF NEVADA   County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/371 - CONSPIRACY - CT 1 | 18/2 - AIDING AND ABETTING   CTS 2-6 | |
| | 18/1029(a)(3) - Possession of 15 or More | Counterfeit & Unauthorized Access Devices | 4 |
| | 18/1028A(a)(1) | AGGRAVATED IDENTITY THEFT | 5, 6 |
| | 18/1029(a)(1) - Trafficking in, Production, | and Use of Counterfeit Access Devices | 2,3 |